IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Number: **05-582C (Judge Horn)**
Filed: January 30, 2008

| | | |
|---|---|---|
| AVTEL SERVICES, INC., Plaintiff/Appellant, | * | |
| v. | * | |
| UNITED STATES, Defendant/Appellee, | * | Pre-Award and Post-Award Bid Protests; Disqualification of Offeror Bias; Price Analysis; Injunctive Relief |
| and | * | |
| KING AEROSPACE, INC., Defendant/Intervenor. | * | |

**STATUS REPORT AND PROPOSAL FOR CONTINUED PROTECTION OF ORDER AND ADMINISTRATIVE RECORD**

Comes now, the Plaintiff/Appellant, Avtel Services, Inc., pursuant to this Court's September 5, 2007 Order, and makes the following status report and proposal:

On August 21, 2007, the United States Court of Appeals for the Federal Circuit entered a decision in the appeal of above-styled action (Case No. 06-5060), dismissing the action for want of jurisdiction. On September 14, 2007, the Plaintiff/Appellant, Avtel Services, Inc., filed a Petition for Rehearing En Banc. The Plaintiff/Appellant's Petition for Rehearing En Banc was denied on October 25, 2007. The Plaintiff/Appellant's opportunity to appeal the decision of the

Federal Circuit expired on January 25, 2008. Thus the Plaintiff/Appellant's appellate remedies in the above-styled action have been exhausted.

The Plaintiff/Appellant does not require or request that this Court continue protection of the Opinion or Administrative Record in the above-styled action. The Plaintiff/Appellant has communicated its position to the Defendant/Appellee, King Aerospace, Inc., by and through its attorney of record, Marshall Doke. The Defendant/Appellee has not indicated whether or not it will consent to the cessation of protection of the Opinion and Administrative Record in the above-styled action. Therefore, due to the time constraints of the Court's Order, and because the Plaintiff/Appellant does not desire continued protection of the record in the above-styled action, it hereby gives its consent to any proposal levied by the Defendant/Appellee, King Aerospace, Inc., in pursuit of continued protection for the Opinion and Administrative Record.

The above is respectfully submitted on this the 30th day of January, 2008.

/s/ Howell Roger Riggs
Howell Roger Riggs
Attorney for the Plaintiff/Appellant

OF COUNSEL:

**Dick Riggs Miller LLP**
200 Clinton Avenue West
Regions Center, Suite 1050
Huntsville, Alabama 35801
Telephone: (256) 564-7317
Facsimile: (256) 564-7319
hriggs@drmslaw.net

## Certificate of Service

I hereby certify that I have served a copy of the foregoing Status Report and Proposal upon the following persons, by placing the same in the custody of the U.S. Mail, postage prepaid and properly addressed to:

**Elizabeth Holt**
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

**Marshall J. Doke, Jr.**
Gardere, Wynn, Sewell, L.L.P.
1601 Elm Street
Dallas, Texas 75201-4761

Certified on this the 30th day of January, 2008.

/s/ Howell Roger Riggs
Howell Roger Riggs