**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AVTEL SERVICES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Nos. 04-1574C, 05-582C** |
| **v.** | ) | **(Judge Horn)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **KING AEROSPACE, INC.,** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests that the Court grant its motion for enlargement of time, to and including Friday, March 7, 2008, to file a response to Avtel Services, Inc.'s ("Avtel") "Status Report and Proposal for Continued Protection of Order and Administrative Record," filed on January 30, 2008. In Avtel's January 30, 2008 filing, Avtel notified the Court that its appellate remedies in this case have been exhausted. Pursuant to the Court's September 5, 2007 order, "[w]ithin five days of the exhaustion of appellate remedies, the parties shall file a joint status report and a joint proposal with respect to whether or not information in the December 22, 2005 opinion and in the administrative record requires continued protection and if so, what information, and the rationale for and length of the proposed continued protection."

Defendant-Intervenor, King Aerospace, Inc. ("King"), consents to this motion. Avtel's January 30, 2008 filing gave "its consent to any proposal levied by [King] in pursuit of continued protection for the Opinion and Administrative Record." As a result, we have not

contacted Avtel to determine if it will object to this motion.

An enlargement of time is necessary to enable the Department of the Army and the Department of Justice to thoroughly review the December 22, 2005 opinion and the administrative record, and coordinate that review with King, to determine what information no longer requires protection. Therefore, the Government now respectfully requests that its motion for enlargement of time, to and including Friday, March 7, 2008, be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ Elizabeth A. Holt
ELIZABETH A. HOLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 7040
Washington, D.C. 20530
Tel: (202) 305-3079
Fax: (202) 305-7643

Dated: February 22, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 22nd day of February 2008, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth A. Holt
ELIZABETH A. HOLT