**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AVTEL SERVICES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Nos. 04-1574C, 05-582C** |
| **v.** | ) | **(Judge Horn)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **KING AEROSPACE, INC.,** | ) | |
| | ) | |
| **Defendant-Intervenor.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE JOINT STATUS REPORT IN PAPER FORM**

Defendant, the United States, respectfully requests leave to file a joint status report regarding continued protection of the opinion and administrative record in this case in paper form, rather than electronically. The joint status report and attachments will exceed the two megabyte size limitation applicable to electronic files, Rules of the Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5. Paper copies of the joint status report and attachments will be served upon counsel for plaintiff and defendant-intervenor by overnight delivery.

Defendant-Intervenor, King Aerospace, Inc. ("King"), consents to this motion. On January 30, 2008, plaintiff, Avtel Services, Inc. ("Avtel"), filed a "Status Report and Proposal for Continued Protection of Order and Administrative Record." In that January 30, 2008 filing, Avtel gave "its consent to any proposal levied by [King] in pursuit of continued protection for

the Opinion and Administrative Record." As a result, we have not contacted Avtel to determine if it will object to this motion.

For the foregoing reasons, defendant respectfully requests that this motion for leave to file a joint status report in paper form be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

/s/ Elizabeth A. Holt
ELIZABETH A. HOLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 7040
Washington, D.C. 20530
Tel: (202) 305-3079
Fax: (202) 305-7643

Dated: March 11, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 11th day of March 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE JOINT STATUS REPORT IN PAPER FORM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth A. Holt
ELIZABETH A. HOLT