# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**AVTEL SERVICES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**KING AEROSPACE, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**Nos. 04-1574C, 05-582C**
**Filed: March 18, 2008**

## O R D E R

The court is in receipt of defendant's March 11, 2008, unopposed motion for leave to file the parties' joint status report in paper format. Defendant's motion is **GRANTED**. The parties' joint status report, due to its volume, shall be filed in paper format, on or before **Friday, March 21, 2008**. File the joint status report under both of the above case numbers.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**