# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**AVTEL SERVICES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**KING AEROSPACE, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**Nos. 04-1574C, 05-582C**
**Filed: May 12, 2008**

**O R D E R**

The court is in receipt of defendant and defendant-intervenor's March 21, 2008 joint status report regarding continuing protection to the court's opinion, which has been redacted, and to the administrative record in the above-captioned case. For its part, plaintiff previously advised, in a January 30, 2008, status report, that it did not require or request continued protection of the court's opinion or of the administrative record in this case, and that plaintiff deferred to defendant-intervenor on the issue of continued protection. The court, therefore, **ADOPTS** the proposed continued protection reflected in the March 21, 2008 joint status report, at exhbits A - E, based on the rationale provided in exhibit F. The clerk's office shall continue to protect the court's opinion and the administrative record, as detailed in March 21, 2008 submission by the government and intervenor.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**